LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
       1420 E. Cooley Dr., Suite 100
       Colton, California 92324
       Telephone: (909) 796-4560
       Facsimile:  (909) 796-3402
       E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | | |
|---|---|---|
| GILBERT GARCIA, | ) | No.  EDCV 10-01058 MAN |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER AWARDING |
| | ) | EAJA FEES |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner Of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND SEVEN HUNDRED DOLLARS AND 00/100 ($2,700.00) subject to the terms of the Stipulation.

DATE:  February 21, 2012

_Margaret A. Nagle_
_____

MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE